**Opinion issued August 26, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00669-CR

———————————

## IN RE MIKE JAEMAINE KING, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Mike Jaemaine King, has filed a petition for writ of mandamus seeking to compel his court-appointed appellate counsel to turn over relator's "Attorney and Client File and all documents that [were] generated during her representation" of relator.[1]

---

[1] Relator identifies the respondent as Hattie Sewell Shannon, his court-appointed appellate counsel. An attachment to the petition indicates that the underlying case is *State of Texas v. Mike Jaemaine King*, cause number 717629, in the 339th District Court of Harris County.

By statute, we have the authority only to issue a writ of mandamus against a district court judge or county court judge in this Court's district, and we may issue all writs as necessary to enforce this Court's appellate jurisdiction. *See* TEX. GOV'T CODE ANN. §§ 22.221(a) (West 2004) (court of appeals "may issue a writ of mandamus and all other writs necessary to enforce the jurisdiction of the court"); 22.221(b)(1) (court of appeals may issue writ of mandamus against "judge of a district or county court in the court of appeals district").

We do not have jurisdiction to issue a writ of mandamus directed at relator's appointed counsel because the requested writ is neither against a judge nor is it necessary to enforce our jurisdiction.

Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).

2